IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES – VIDEO GUILTY PLEA HEARING

Case No.: 3:20CR00011-001           Date:  9/9/2020

**Defendant:** Agustin Alberto Lainez (Custody)        **Counsel:** Erin Trodden (AFPD)

PRESENT:
- JUDGE: Norman K. Moon
- Deputy Clerk: Heidi N. Wheeler
- Court Reporter: JoRita Meyer
- U. S. Attorney: Heather Carlton
- USPO: Brittany Warren
- Case Agent: Robbie Blake
- Interpreter:

TIME IN COURT: 2:00-2:20=20 MIN

**PROCEEDINGS:**

- ☒ Plea Agreement filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendant re-arraigned as to Counts One
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts One and enters judgment thereon.

OR

- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | One | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for December 21, 2020 at 2:00 pm before Norman K. Moon.

Additional Information:
Court obtains consent to proceed by video and consent is signed.